UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACQUELINE DILLON,<br><br>      Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC. d/b/a RENT-A-CENTER,<br><br>      Defendant. | Civil Action No.  4:13-CV-00115 |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S
CLAIMS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Jacqueline Dillon and Defendant Rent-A-Center, Inc. d/b/a Rent-A-Center (collectively referred to as the "Parties"), hereby stipulate and agree through their respective undersigned counsel, that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Federal Arbitration Act, 9 U.S.C. §1 *et seq*.  The parties will resolve this matter pursuant to the *Mutual Agreement to Arbitrate Claims* between the Parties, which covers all claims alleged in the Complaint.


Respectfully submitted,

/s/  Karen D. McCloud
Karen D. McCloud
Lead Attorney
SBN:  24013125
KAREN D. MCCLOUD, P.C.
3102 Maple Avenue, Suite 400
Dallas, Texas  75201
Phone: 214.651.6700
Fax:  214.651.6701
Email: kmccloud@karenmccloud.com

**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

/s/ Robert F. Friedman
Robert F. Friedman
Lead Attorney
SBN: 24007207
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931
Phone:  214.880.8100
Fax:  214.880.0181
rfriedman@littler.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed on the 12th day of April, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may assess this filing through the Court's electronic filing system.

                                                                                           */s/ Robert F. Friedman*

Firmwide:119585520.1 051536.1351